**Deborah A. NOONEY and Nancy A. Nooney, Plaintiffs/Respondents,**

v.

**Gregory J. NOONEY, Jr., Defendant/Appellant.**

**No. 70656.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 27, 1998.

Elizabeth C. Carver, St. Louis, for defendant/appellant.

Peter W. Herzog, Jr., St. Louis, for plaintiffs/respondents.

**946** 

Before CRAHAN, C.J., and GRIMM and HOFF, JJ.

*ORDER*

PER CURIAM.

Gregory J. Nooney, Jr. appeals the judgment holding him liable for breach of trust and ordering him to pay compensatory damages to Plaintiffs/beneficiaries Deborah A. Nooney in the amount of $82,384 and Nancy A. Nooney in the amount of $100,863. We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties with a memorandum opinion for their information setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 84.16(b).